DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ROBERT BAEHREN,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

Nos. 4D17-0204, 17-0205 and 17-0206

[October 26, 2017]

Consolidated appeal of order denying rule 3.801 motion from the Circuit Court for the Nineteenth Judicial Circuit, Martin County; Lawrence M. Mirman, Judge; L.T. Case Nos. 432014CF000404A, 432014CF000750A and 432014CF000772A.

Robert Baehren, Bushnell, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, CIKLIN and CONNER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***